JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

FREDDIE LEE SMITH, et al.,

         Plaintiffs,

    v.

PATHWAY FINANCIAL
MANAGEMENT, *et al.,*

         Defendants.

CASE NO.  8:11-CV-01573 JVS (JPRx)

**CLASS ACTION**

**JUDGMENT**

Hearing Date:    November 4, 2013
Time:         1:30 p.m.
Judge:        Hon. James V. Selna
Trial Date:     Vacated

Complaint Filed:  October 11, 2011

    The Court by separate orders granted the Motions for Final Approval of Class Action Settlement and Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and directed entry of judgment in conformance with those orders.  Accordingly,

    1.    Judgment is entered in the amount of $3,198.08 in favor of Plaintiffs Freddie Lee and Lue Vail Smith against Defendants.

    2.    Judgment is entered in the amount of $604,476.00 in attorneys' fees and $11,328.34 in litigation expenses in favor of Plaintiffs' counsel against Defendants.

DATED: December 30, 2013

            United States District Judge

-1-